IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00214-WDM-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSE ALFREDO PRIETO,

      Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before United States District Court Judge Walker D. Miller on May 19, 2006 at 11:00 a.m., for proceedings and appearances upon the charge aforesaid, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

SO ORDERED this 27th day of February, 2005.

                                           WALKER D. MILLER, JUDGE
                                           UNITED STATES DISTRICT COURT
                                           DISTRICT OF COLORADO